**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.: 23 C 15920 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| | ) | |
| GERARDO & SONS, INC. | ) | Magistrate Judge M. David Weisman |
| an Illinois corporation | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN

J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment

in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1

and 2.  In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on November 14, 2023 for collection of delinquent contributions

plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Service was made upon GERARDO & SONS, INC., an Illinois corporation on

November 30, 2023.

3.      Defendant is now in default on the Complaint and as supported by the attached

Affidavits (Exhibits 1 and 2) the sums due are:

$38,001.43   Welfare
$23,508.48   Pension
$1,250.00   Attorneys fees
$489.00   Court costs
$63,248.91  Total

WHEREFORE, Plaintiffs pray for:

1.      Entry of judgment in a sum certain against Defendant, GERARDO & SONS, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $63,248.91 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  December 22, 2023